UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>HOKU CORPORATION,<br>        Debtor.<br><br>INDUSTRIAL PIPING, INC. and JH KELLY, LLC,<br>        Plaintiffs,<br>v.<br>GARY L. RAINSDON, in his capacity as the duly-appointed Chapter 7 Trustee of Hoku Corporation,<br>        Defendant.<br><br>GARY L. RAINSDON, in his capacity as the duly-appointed Chapter 7 Trustee of Hoku Corporation,<br>        Plaintiff,<br>v.<br>INDUSTRIAL PIPING, INC. and JH KELLY, LLC, and John Does 1 through 10, unknown persons,<br>        Defendants. | Case No. 4:15-cv-433-BLW<br><br>**ORDER OF DISMISSAL** |

Based on a stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing First Amended Counterclaim with Prejudice. *See* Dkt. 70 in Case No. 15-8012-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the First Amended Counterclaim, and all causes of action asserted therein (*see* Dkt. 43 in Case No. 15-8012-JDP), is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Order does not foreclose the Trustee from objecting to, or JH Kelly defending against any objection to, JH Kelly's Proof of Claim filed in Bankruptcy Case No. 13-40837-JDP.

DATED: November 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court